IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LAZARO ROBBIO,

    Plaintiff,

vs.                                                       4:07-CV-94-SPM/WCS

PATRICK WALLEN et al.,

    Defendants.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE

**THIS CAUSE** comes before the Court upon the magistrate judge's Report and Recommendation (doc. 7) filed May 16, 2007. On May 8, 2007 the magistrate judge directed the Plaintiff to submit a filing fee in order to facilitate the filing of his complaint. As of May 16, 2007, Plaintiff was still not in compliance of this order. The parties have been furnished a copy of the magistrate's order recommending dismissal of this case and have been afforded an opportunity to file objections. As of June 21, 2007 there has been no response from either party.

Accordingly, pursuant to Title 28, United States Code, Section 636(b)(1), it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's Report and Recommendation (doc. 7) is adopted and incorporated by reference in this order.

2. This case is *dismissed* without prejudice for failure to prosecute and failure to obey an order of the Court.

**DONE AND ORDERED** this <u>twenty-fifth</u> day of June, 2007.

<u>  *s/ Stephan P. Mickle*  </u>
Stephan P. Mickle
United States District Judge